## ALLAN DONOHUE v. STATE.

No. A-4143.   Opinion Filed Aug. 31, 1923.
(217 Pac. 1117.)

Appeal from County Court, Murray County; W. G. Long, Judge.

Allan Donohue was convicted of the illegal sale of whisky, and he appeals.   Affirmed.

W. N. Lewis, for plaintiff in error.

The Attorney General and N. W. Gore, Asst. Atty. Gen., for the State.

BESSEY, J.   On October 4, 1921, plaintiff in error, Allan Donohue, was convicted of unlawfully selling whisky.   His punishment was by verdict of a jury fixed at a fine of $50 and confinement in the county jail for a term of 30 days. An examination of the briefs and record discloses that the information was sufficient; that there was no variance between the allegations and the proof; that there was sufficient evidence to support the verdict; and that plaintiff in error was in other respects accorded a fair trial, as contemplated by law.   The judgment of the trial court is affirmed.

MATSON, P. J., concurs.

DOYLE, J., absent and not participating.